THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HOWARD OCZKO, Appellant.

(Argued October 13, 1936; decided November 17, 1936.)

*Abraham K. Weber* for appellant.
*Charles P. Sullivan, District Attorney (James F. T. Delaney* of counsel), for respondent.

Judgments reversed and information dismissed. (*People* v. *Perry,* 265 N. Y. 362; *People* v. *McCauliff,* 267 N. Y. 581.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CROUCH, J., taking no part.